**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lazaro AGUILAR, Defendant– Appellant.**

No. 08–16994
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 16, 2009.

Nancy J. Hess, United States Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Lazaro Aguilar, Atlanta, GA, pro se.

Before BIRCH, HULL and COX, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Lazaro Aguilar, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Aguilar's supervised release and his sentence are **AFFIRMED.**